**Order entered July 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00546-CV
No. 05-18-00675-CV
No. 05-18-00676-CV
No. 05-18-00774-CV

**RUTH TORRES, Appellant**

**V.**

**MARIE DIAZ, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08711**

## ORDER

Before the Court is appellant's July 21, 2018 "Motion for Shared Records for Companion Cases." By opinion and judgment dated July 3, 2018, the Court dismissed the appeal in appellate cause number 05-18-00546-CV for want of jurisdiction. By order dated July 17, 2018, the Court designated the appeals in appellate cause numbers 05-18-00675-CV and 05-18-00676-CV as companion cases. We directed the Clerk of this Court to transfer a copy of the clerk's record and reporter's records filed in appellate cause number 05-18-00675-CV into appellate cause number 05-18-00676-CV. Appellate cause number 05-18-00774-CV is a mandamus proceeding and not

a companion case to appellant's remaining two appeals. For these reasons, we **DENY** appellant's motion.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE